IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER AJAYI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-284-M-BN |
| | § | |
| WALGREEN CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court hereby resets Defendant's Motion for Summary Judgment [Dkt. No. 22] for oral argument on **February 28, 2013 at 2:00 p.m.** before U.S. Magistrate Judge David L. Horan, 1100 Commerce Street, 15th Floor, Dallas, Texas. By no later than **5 p.m. on February 13, 2013**, a representative of counsel for each party shall call Vila Fisher in the district clerk's office at (214) 753-2165 to confirm counsel's availability.

SO ORDERED.

DATED: February 8, 2013

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

-1-