IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER AJAYI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-284-M-BN |
| | § | |
| WALGREEN CO., | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

The Court hereby resets Defendant's Motion for Summary Judgment [Dkt. No. 22] for oral argument on **March 14, 2013 at 2:00 p.m.** before U.S. Magistrate Judge David L. Horan, 1100 Commerce Street, 15th Floor, Dallas, Texas.

SO ORDERED.

DATED: February 8, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

-1-