IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER AJAYI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-284-M-BN |
| | § | |
| WALGREEN CO., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND SUPPLEMENTAL FINDINGS AND CONCLUSIONS OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 10, 2013, and the Supplemental Findings and Conclusions of the United States Magistrate Judge dated July 11, 2013, the Court finds that the Supplemental Findings and Conclusions of the Magistrate Judge and (as modified by the Supplemental Findings and Conclusions) the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and, taken together, they are accepted as the findings and conclusions of the Court.

**IT IS, THEREFORE, ORDERED** that the Supplemental Findings and Conclusions of the Magistrate Judge and (as modified by the Supplemental Findings and Conclusions) the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted.

**SO ORDERED** this 17th day of September, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS